■ JOSEPH T. DIRITO, JR., et al., Appellants, v MICHAEL J. STANLEY, Respondent. [611 NYS2d 65] —Order unanimously

affirmed without costs. Memorandum: Supreme Court properly dismissed plaintiffs' demand for damages for "emotional and mental pain [and] suffering" in this legal malpractice action. We reject plaintiffs' argument that such damages are recoverable in a legal malpractice action, whether based on the negligence or breach of contract causes of action asserted in the complaint *(see, Green v Leibowitz,* 118 AD2d 756, 757-758; *see also, Jensen v Whitford Co.,* 167 AD2d 826; *Lancellotti v Howard,* 155 AD2d 588, 589-590; *Fowler v Town of Ticonderoga,* 131 AD2d 919, 921).

Plaintiffs have abandoned their appeal from that part of the order dismissing their demand for punitive damages by failing to brief that issue *(see, Agee v Ajar,* 154 AD2d 569, 571-572, *appeal dismissed* 75 NY2d 916). (Appeal from Order of Supreme Court, Oswego County, Hayes, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.